MR. JUSTICE WEBER,
dissenting:
I respectfully dissent from the majority opinion. While the result seems fair, I am unable to approve the statutory construction in the opinion.
The pertinent portion of section 40-8-111(1), MCA states:
“(1) An adoption of a child may be decreed . . . (v) if it is proven to the satisfaction of the court that the father ... if able, has not contributed to the support of the child during a period of 1 year before the filing of a petition for adoption; . . .”
The petition was filed on December 2, 1982. Four hundred and fifty dollars was paid by the father for the support of the child on December 20, 1981. Clearly such payment was made “during a period of 1 year before the filing of [the] petition.” While it is true that such payment was for a period of time prior to 1 year, nonetheless the payment was made during the period of 1 year before filing and therefore *445 meets the requirements of the statute. I believe the Black’s Law Dictionary definition as described in the majority opinion also is met. Such payment was made by the father “throughout the course of’ 1 year before filing. Such payment also was made “throughout the continuance” of 1 year before the filing. Last, such payment also was made “in the time of’ 1 year before the filing.
I would reverse the District Court.